```
                FILED
        CLERK, U.S. DISTRICT COURT

              JAN - 6 2026

        CENTRAL DISTRICT OF CALIFORNIA
        BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:25-mj-995-DUTY |
| WILLIAM GEOVANI MARTINEZ VIVAS, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **January 8**, **2026**, at **2:00** ☐ a.m. / ☒ p.m. before the Honorable **Karen E. Scott**, in Courtroom **6A**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **January 6, 2026**

_____**Karen E. Scott**_____
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                                                      Page 1 of 1